UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC,<br><br>                Plaintiff,<br><br>        -against-<br><br>DEF,<br><br>                Defendants. | 24-CV-00855 (MMG)<br><br>**ORDER** |

MARGARET M. GARNETT, United States District Judge:

      On February 6, 2024, the *pro se* Plaintiff filed the Complaint in this case. *See* Dkt. No. 1. The case was initially assigned to Judge Jennifer L. Rochon, who scheduled an Initial Pretrial Conference. *See* Dkt. No. 6. The case was subsequently reassigned to the undersigned, who ordered that the case be sealed in its entirety, *see* Dkt. No. 7, in line with the False Claims Act. *See* 31 U.S.C. § 3730(b)(2) (with respect to actions by private persons, "The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders.").

      The Court emailed the Plaintiff informing her that the case has been sealed in its entirety, notifying the Plaintiff that she should not serve the Defendants until further order by the Court, and reminding the Plaintiff that she must serve the Government. On March 22, 2024, the Plaintiff filed on the docket proof of service upon the Defendants. *See* Dkt. No. 9.

      The Plaintiff has not filed proof of service upon the Government of a copy of the Complaint and "written disclosure of substantially all material evidence and information the [Plaintiff] possesses" in accordance with 31 U.S.C. § 3730(b)(2) and Fed. R. Civ. P. Rule 4. If Plaintiff fails to file proof of such service upon the Government by **May 29, 2024,** the Court will dismiss the case for abandonment or failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See Taub v. Hale*, 355 F.2d 201, 202 (2d Cir. 1966) (per curiam).

      The Clerk of Court is directed to mail and email a copy of this Order to the Plaintiff.

Dated: May 16, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge